**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **RAMSIS RALPH MADDISON, 1168082,** ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No.   3:07-CV-1036-N |
| ) | (Consolidated with |
| ) | 3:07-CV-1037-N) |
| ) | ECF |
| **NATHANIEL QUARTERMAN,** ) | |
| **Director TDCJ-CID,** ) | |
| Respondent. ) | |

## **ORDER**

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 10th day of February, 2009.

_____
**JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE**